**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In the matter of HALE ABELS D/B/A AP SPORTFISHING, as an owner of the 47' uninspected passenger vessel "Jerry A," for Exoneration from, or Limitation of, Liability | Case No. 2:24-cv-00678 MEMF (MARx) |
|---|---|
| | ***IN ADMIRALTY*** |
| | Judge: Hon. Maame Ewusi-Mensah Frimpong |
| | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| | Complaint-in-Limitation filed: January 25, 2024 Trial Date: Vacated |

**ORDER**

Based on Plaintiffs-in-Limitation HALE ABELS D/B/A AP SPORTFISHING and ABELS PACIFIC LLC ("Plaintiffs-in-Limitation") and Claimants JERRY JAVIER BARON; JESUS JAVIER BARON, JR.; JESUS JAVIER BARON; JUAN JOSE ORTEGA MARAVILLA; ROBERT ANTHONY COSTELLO; and ROBERT BARON'S (collectively, "Claimants") Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in this above-entitled action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

May 28, 2026
_____
                    Date

_____
UNITED STATES DISTRICT COURT
Central District of California
Hon.  Maame Ewusi-Mensah Frimpong

2